1058

No. 75–5458. WINGARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5473. ANTONIOU v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–5474. ENGRAM v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–5477. JOHNSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 75–5482. ALEXANDER v. GARDNER-DENVER Co. C. A. 10th Cir. Certiorari denied.

No. 75–5486. LUNN v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 75–5488. ALBANESE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5493. JAMES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5496. FINCH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5497. VICKERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–5504. POND v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–5523. CHAMBERS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.